Abraham Weinstein, Respondent, v. Baldassare Livoti and Fannie Livoti, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Carr and Rich, JJ., concurred; Thomas, J., not voting.

William H. Wickham, Respondent, v. Bert Hawley and John W. Travis, Partners, Transacting Business under the Name and Style of Hawley & Travis, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Oscar R. Widmer, Respondent, v. William O. Stoutenburgh, Appellant. — Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Birdsey Youngs, Appellant, v. Alanson Hallock, Respondent.— Judgment of the County Court of Orange county affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Petition of James L. Long to Review the Action of Senatorial District Committee of the Democratic Party for the First Senatorial District of the State of New York. Henry P. Keith, as Chairman, etc., and Thomas H. O'Keefe, Appellants.— Order affirmed, without costs. Motion for stay denied and temporary stay vacated. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. Timothy L. Woodruff and Samuel Greenblatt, Appellants, v. J. Gabriel Britt and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order reversed, without costs, on the authority of *People ex rel. Hotchkiss* v. *Smith* (*ante*, p. 514), decided herewith, and motion granted to the extent of directing the defendants to disregard the provisions of chapter 891 of the Laws of 1911,* so far as it relates to the requisite number of independent nominators. All concurred, except Hirschberg, J., who also voted to grant the motion so far as it relates to the provision respecting registration,† and Thomas, J., who voted to grant the motion so far as it relates to the provision respecting registration,† and who dissented as to the provision* respecting the requisite number of nominators for member of Assembly. Order to be settled before Burr, J.

_____

* See Election Law (Consol. Laws, chap. 17; Laws of 1909, chap. 22), § 122, as amd. by Laws of 1911, chap. 891.— [REP.

† See Election Law, § 123, as amd. by Laws of 1911, chap. 649.— [REP.